IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Orie Anderson, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv361 |
| vs. : | |
| : | Judge Susan J. Dlott |
| ODRC Southern Correctional Facility, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 14, 2016 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 31, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Southern Ohio Correctional Facility is DISMISSED as a party to this action and that any claim of negligent supervision by the defendants is DISMISSED on the ground that plaintiff has failed to state a claim upon which relief may be granted by this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court